UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS LOCAL 527, et al., | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:07CV00551 ERW |
| BUFFA CONCRETE CONTRACTORS, INC., | ) |
| Defendant(s). | ) |

## **ORDER**

Upon review of the Court file, the Court notes that there has been no activity from Defendant Buffa Concrete Contractors, Inc., since the return of service upon said Defendant.

**IT IS HEREBY ORDERED** that Plaintiff shall, no later than **May 25, 2007**, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Dated this 4th day of May, 2007.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE